# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

OCTAVIA L. SHAMILY and the ESTATE OF EDITH W. MORGAN,

        Plaintiffs,

v

CITIMORTGAGE, INC., MORTGAGE AMENITIES CORP., DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

        Defendants.

and

CITIMORTGAGE, INC.,

        Counter-Plaintiff,

v

OCTAVIA L. SHAMILY and the ESTATE OF EDITH W. MORGAN,

        Counter-Defendants.

and

CITIMORTGAGE, INC.,

        Third-Party Plaintiff,

v

ANDERSON SHAMILY, JR., FCC INVESTMENT TRUST 1 and NATIONAL CAPITAL MANAGEMENT, LLC,

        Third-Party Defendants.        /

Case No.: 2:11-cv-13956-LPZ-MAR

Honorable Lawrence P. Zatkoff

Magistrate Mark A. Randon

**STIPULATION FOR ENTRY OF JUDGMENT QUIETING TITLE AND DISMISSAL OF LITIGATION**

---

James N. Humphries (P38930)
Attorney for Plaintiffs
10356 Warren Avenue
Dearborn, MI 48126
Humph_58@sbcglobal.net

K.J. Miller (P62014)
Robert Hugh Ellis (P72320)
DYKEMA GOSSETT PLLC
Attorneys for Defendant CitiMortgage, Inc.
2723 S. State Street; Suite 400
Ann Arbor, MI 48104
(734) 214-7678 and (313) 568-5448
kmiller@dykema.com
rellis@dykema.com

Adam Kutinsky (P57900)
Robert T. Kent (P71897)
KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK
Co-Counsel for CitiMortgage, Inc.
One Woodward Avenue; Suite 2400
Detroit, MI 48226
(313) 965-6731
adam.kutinsky@kitch.com
rob.kent@kitch.com    /

# STIPULATION FOR ENTRY OF JUDGMENT QUIETING TITLE AND DISMISSAL OF LITIGATION

This matter is brought before the Court upon the stipulation of the undersigned parties and the Court is otherwise advised,

THE UNDERSIGNED STIPULATE AND AGREE AS FOLLOWS:

Defaults were entered in this matter against Anderson Shamily, Jr., the Estate of Edith W. Morgan, FCC Investment Trust 1, and National Capital Management, LLC.

The claims against the Department of Housing and Urban Development were previously dismissed.

Mortgage Amenities Corporation ("Mortgage Amenities") was never served with the copy of the summons and the complaint, the summons has expired, and therefore Mortgage Amenities is not a party to this litigation.

The remaining parties to this case, Plaintiffs and CitiMortgage, Inc., agree to entry of the proposed judgment attached to the Motion and Application for Entry of Default Judgment Quieting Title as Exhibit 6 and dismissal of all remaining claims and parties with prejudice.

As set forth in the proposed Judgment Quieting Title attached as Exhibit 6 to the Motion and Application for Entry of Default Judgment Quieting Title, CitiMortgage, Inc. shall be the sole fee title holder of real property located in the City of Detroit, County of Wayne, State of Michigan and legally described as the West 18 feet of Lot 25, and the East 18 feet of Lot 26, Linwood Park Subdivision of North 20 acres of quarter section, 33, Ten Thousand Acre Tract, Greenfield Township, Wayne County, Michigan, according to the plat thereof as recorded in Liber 32, Page 84 of Plats, Wayne County Records and commonly known as 2734 - 2736 Calvert Street.

All right, title and interest in the above-described property of the following parties shall be discharged and released:

Octavia L. Shamily

Edith W. Morgan

Anderson Shamily, Jr.

FCC Investment Trust 1

National Capital Management, LLC

The parties further stipulate that all of Plaintiffs' claims in this litigation are DISMISSED

WITH PREJUDICE.

The parties further agree that the Order and Judgment may be recorded in the Wayne

County Register of Deeds.


SO STIPULATED:


/s/ James N. Humphries_____                    /s/ Robert Hugh Ellis_____
James N. Humphries                                Robert Hugh Ellis
Attorney for Plaintiff                            Co-Counsel for CitiMortgage, Inc.



/s/ Adam Kutinsky_____
Adam Kutinsky
Co-Counsel for CitiMortgage, Inc.

**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

OCTAVIA L. SHAMILY and the ESTATE OF EDITH
W. MORGAN,
        Plaintiffs,

v

CITIMORTGAGE, INC., MORTGAGE AMENITIES
CORP., DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT,
        Defendants.

and

CITIMORTGAGE, INC.,
        Counter-Plaintiff,

v

OCTAVIA L. SHAMILY and the ESTATE OF EDITH
W. MORGAN,
        Counter-Defendants.

and

CITIMORTGAGE, INC.,
        Third-Party Plaintiff,

v

ANDERSON SHAMILY, JR., FCC INVESTMENT
TRUST 1 and NATIONAL CAPITAL
MANAGEMENT, LLC,
        Third-Party Defendants.         /

Case No.: 2:11-cv-13956-LPZ-MAR

Honorable Lawrence P. Zatkoff

Magistrate Mark A. Randon

**JUDGMENT QUIETING TITLE**

This matter is brought before the Court upon the Motion of CitiMortgage, Inc. Defaults
have been entered against each of the Counter-Defendants and Third-Party Defendants identified
in the above-captioned case and Notice of Entry of Default has been served and an opportunity to
object to entry of this Judgment Quieting Title has been provided to the Counter-Defendants and
Third-Party Defendants under the Federal Court Rules. The claims of Plaintiffs against the
Department of Housing and Urban Development were previously dismissed. Mortgage
Amenities Corporation was never served with the copy of the summons and the complaint, the
summons has expired, and therefore Mortgage Amenities is not a party to this litigation. The
Court is otherwise advised in the premises:

IT IS HEREBY ORDERED AND ADJUDGED that CitiMortgage, Inc. is the sole fee title holder of the property located in the City of Detroit, County of Wayne, State of Michigan and legally described as the West 18 feet of Lot 25, and the East 18 feet of Lot 26, Linwood Park Subdivision of North 20 acres of quarter section, 33, Ten Thousand Acre Tract, Greenfield Township, Wayne County, Michigan, according to the plat thereof as recorded in Liber 32, Page 84 of Plats, Wayne County Records and commonly known as 2734 - 2736 Calvert Street.

IT IS FURTHER ORDERED AND ADJUDGED that all right, title and interest in the above-described property of the following parties are discharged and released:

Octavia L. Shamily

Edith W. Morgan

Anderson Shamily, Jr.

FCC Investment Trust 1

National Capital Management, LLC

IT IS FURTHER ORDERED that Plaintiff's claims against all defendants in this litigation are dismissed with prejudice.

IT IS FURTHER ORDERED that this Order may be recorded with the Wayne County Register of Deeds.

This is a final order, and closes the case.

Date:   October 30, 2012                          s/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  U.S. DISTRICT JUDGE